No. 92–7549. SCHIRO v. CLARK, SUPERINTENDENT, INDIANA STATE PRISON, ET AL. C. A. 7th Cir. [Certiorari granted, *ante*, p. 905.] Motion for appointment of counsel granted, and it is

ordered that Monica Foster, Esq., of Indianapolis, Ind., be appointed to serve as counsel for petitioner in this case.